IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01792-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LASEMIAL VARNELL REED,

    Defendant.

```
                    F I L E D
            UNITED STATES DISTRICT COURT
                 DENVER, COLORADO

                   AUG 2 9 2007

              GREGORY C. LANGHAM
                              CLERK
```

ORDER TO CURE DEFICIENCIES

Defendant, Lasemial Varnell Reed, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Reed filed *pro se* in his criminal case in the United States District Court for the Western District of Washington a letter challenging the calculation of his federal prison sentence. On August 17, 2007, the Western District of Washington entered an order directing that the letter be transferred to this court because Mr. Reed's challenge to the calculation of his federal prison sentence properly is raised in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In order for Mr. Reed to seek habeas corpus relief in this court in this action, he must file an application for a writ of habeas corpus on the proper form. In addition, Mr. Reed must either pay the $5.00 filing fee or file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Reed will be directed to cure these deficiencies if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Reed cure the deficiencies identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Reed, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that if Mr. Reed fails to cure the deficiencies identified in this order within the time allowed, the action will be dismissed without further notice.

DATED August 29, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01792-BNB

Lasemial Varnell Reed
Reg. No. 28814-086
USP - Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 8/29/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk